Arent Fox LLP / Washington, DC / New York, NY / Los Angeles, CA

# Arent Fox

**Janine A. Carlan**
Attorney
202.715.8506 DIRECT
202.857.6395 FAX
carlan.janine@arentfox.com

April 25, 2011

FILED ELECTRONICALLY

The Honorable J. Frederick Motz
U.S. District Court for the
District of Maryland
101 W. Lombard St.
Baltimore, MD 20770

Re: *Choice Hotels International, Inc. v. Summit Hotel Properties, Inc., et al.*,
Case No. 8:11-cv-00848-JFM

Dear Judge Motz:

Pursuant to the Court's instruction during the parties' telephone hearing on April 21, 2011 (Docket No. 25), and the Court's granting of Plaintiff's Motion for Entry of Order Regarding Cessation of Use of Plaintiff's Marks (Docket No. 23), the parties have conferred and agreed to the attached Proposed Order filed herewith.

Sincerely,

Janine A. Carlan

Attachment

cc: David R. Crosby (via CM/ECF system)
Liz Kramer (via CM/ECF system)

SMART IN YOUR WORLD®

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
T 202.857.6000  F 202.857.6395

1675 Broadway
New York, NY 10019-5820
T 212.484.3900  F 212.484.3990

555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
T 213.629.7400  F 213.629.7401