UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 26, 2011

MEMO TO COUNSEL RE:  Choice Hotels International, Inc. v. Summit
Hotel Properties, Inc.
Civil No. JFM-11-848

Dear Counsel:

This will confirm the schedule set during the conference held on April 21, 2011.

| | |
|---|---|
| April 29, 2011 | Deadline for Choice Hotels to submit a supplemental memorandum opposing Summit's motion to stay |
| May 6, 2011 | Deadline for Summit to submit reply memorandum in support of its motion to stay |

All proceedings (other than those relating to injunctive relief as to the future use of trademarks and the briefing on the motion to stay itself) are stayed pending my ruling upon Summit's motion to stay.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge