UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC. ) ) ) ) Plaintiff, ) ) v. ) ) SUMMIT HOTEL PROPERTIES, INC., et al., ) ) Defendants. ) ) | C. A. No. 8:11-cv-00848-JFM |

## ORDER

THIS MATTER having come before the Court by a Motion for Entry of an Order Regarding Defendants' Cessation of Use of Plaintiff's Marks filed by Plaintiff Choice Hotels International, Inc. ("Choice") and, having considered the request and for good cause shown,

IT IS on this _26_ day of _Apr_ 2011,

ORDERED that Choice's Motion for Entry of an Order Regarding Defendant's Cessation of Use of Plaintiff's Marks is GRANTED.

It is ORDERED Defendants shall perform the following actions at the ten Summit hotels that were terminated effective immediately on March 23, 2011, by the dates specified:

Effective April 6, 2011: Remove all references to Choice properties on Defendants' website and all Defendant employees cease identifying the hotels as Choice-related properties when answering phones;

1

By 7 pm on April 13, 2011: Remove all internal signs indicating an affiliation between Choice and the ten hotels;

By 7 pm EDT on April 20, 2011: Remove or fully conceal all external signs indicating an affiliation between Choice and the hotels that are the subject of this case;

By 7 pm EDT on May 11, 2011: Replace all "dragonfly" duvet covers in the former Cambria hotel guest rooms;

By 7 pm EDT on May 25, 2011: Re-image the feature wall, metal mesh ceiling, and fitness center floor of the former Cambria hotels, as described by counsel for Summit in correspondence on April 7, 2011;

By 7 pm EDT on June 13, 2011: Change the exterior EIFS colors of the former San Antonio and Baton Rouge Cambria hotels;

By 7 pm EDT on June 30, 2011: Replace the decorative grid wall dividers at all four former Cambria hotels and replace cornices on the window drapes at all of the former Cambria hotels except Boise, Idaho;

By 7 pm EDT on July 20, 2011: Complete any remaining agreed-upon changes to the "public spaces" of the former Cambria hotels as described by counsel for Summit in correspondence on April 7, 2011, including: re-imaging the barista and lounge bar; re-imaging the feature wall at the entrances; re-imaging the front desk and removing existing artwork; and replacing the decorative flared columns in the lobby;

It is further ORDERED that:

Defendants shall provide immediate notification to counsel for Choice in the event that Defendants determine that any of the deadlines cannot be met and the reason for Defendants' inability to do so and Plaintiff shall not oppose any reasonable time extensions; and

Defendants shall provide notification to counsel for Choice upon the completion of each of the remedial measures set forth above.

_____
UNITED STATES DISTRICT JUDGE